Victor ARGUELLES–VASQUEZ,
Petitioner,

v.

IMMIGRATION AND NATURALIZA-
TION SERVICE, Respondent.

No. 84–7697.

United States Court of Appeals,
Ninth Circuit.

Sept. 22, 1986.

Carlos Vellanoweth, Los Angeles, Cal.,
for petitioner.

Evelyn Matteucci, Asst. U.S. Atty., Los
Angeles, Cal., for respondent.

Before: BROWNING, Chief Judge,
GOODWIN, WALLACE, SNEED, KEN-
NEDY, ANDERSON, HUG, TANG,
SCHROEDER, FLETCHER, FARRIS,
PREGERSON, ALARCON, POOLE, NEL-
SON, CANBY, NORRIS, REINHARDT,
BEEZER, HALL, WIGGINS, BRUNETTI,
KOZINSKI, NOONAN and THOMPSON,
Circuit Judges

### ORDER

Upon the vote of a majority of the regu-
lar active judges of this court, it is ordered
that this case be reheard by the en banc
court pursuant to Rule 25 of the Rules of
the United States Court of Appeals for the
Ninth Circuit. The previous three-judge
panel assignment is withdrawn.